PD-1356-15

PD-1356-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/19/2015 4:51:24 PM
Accepted 10/19/2015 5:07:37 PM
ABEL ACOSTA
CLERK

# NO. PD-_____

## IN THE
## COURT OF CRIMINAL APPEALS OF TEXAS

# RICARDO SOTO

**Appellant**

**v.**

# STATE OF TEXAS

**Appellee**

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Petition from the 66th Judicial District Court of Hill County, Texas
Trial Court Cause Number 38,173 and
Cause Number 10-15-00029-CR in the Tenth Court of Appeals of Texas

FILED IN
COURT OF CRIMINAL APPEALS

October 19, 2015

ABEL ACOSTA, CLERK

**Chelsea Tijerina**
State Bar No. 24076733
E-mail: attorneychelsea@gmail.com

**LAW OFFICE OF SIMER &TETENS**

3706 Bellmead Drive
Waco, Texas 76705
(254) 412-2300
(888) 317-7610—Facsimile

IN THE
COURT OF CRIMINAL APPEALS

RICARDO SOTO
**Appellant**
**v.**
THE STATE OF TEXAS
**Appellee**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**RICARDO SOTO**, Appellant, moves for an extension to file Appellant's Petition for Discretionary Review:

**I.**

Appellant RICARDO SOTO moves this Court to allow an extension of THIRTY (30) days to file his Petition for Discretionary Review.[1] On December 4, 2014, Appellant was convicted of the offense of possession of a controlled substance in penalty group one in the amount of one gram or less and assessed punishment as follows: 20 months state jail probated for 4.5 years and a fine of $2,000.00.[2] The Tenth Court of Appeals denied Appellant's sole issue on appeal.[3] Thereafter, the Tenth Court denied Appellant's Motion for Rehearing on September 3, 2015.

---

[1] TEX. R. APP. P. 68.2(c).
[2] (I C.R. at 20–21).
[3] *Soto v. State*, 2015 Tex. App. LEXIS 8524 at *10 (Tex. App.—Waco August 13, 2015) (mem. op., not designated for publication).
.

## II.
## REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A.     ***The deadline for filing the Motion for Extension***:[4]

October 20, 2015

The Tenth Court of Appeals denied Appellant's Motion for Rehearing on September 3, 2015. Therefore, the Petition for Discretionary Review was due on October 5, 2015.[5] Under Texas Rule of Appellate Procedure 68.2(c), "the Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition," making the deadline to request the extension October 20, 2015.

B.     ***The length of the extension sought***:[6]

Thirty (30) days to November 4, 2015

C.     ***The facts relied upon to reasonably explain the need for the extension***:[7]

Counsel for Appellant practices criminal defense, civil law, and family law. Counsel also drafts appeals. Counsel has a heavy caseload. During the pendency of this appeal, Counsel has prepared for multiple trials and other criminal and family law hearings and has filed multiple appeals or motions for rehearing with the Tenth Court of Appeals.

---

[4] TEX. R. APP. P. 10.5(b)(1)(A).
[5] TEX. R. APP. P. 68.2(A).
[6] TEX. R. APP. P. 10.5(b)(1)(B).
[7] TEX. R. APP. P. 10.5(b)(1)(C).

D.   ***Number of previous extensions granted for previous Petitions for Discretionary Review***:[8]

None.

## III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in allowing to timely file the Petition.

## REQUEST FOR RELIEF

Appellant requests that this Court grant his Motion and extend the deadline for filing Appellant's Petition For Discretionary Review to November 4, 2015 or that this Court grant such additional time as is just and proper.

Respectfully submitted,

**LAW OFFICE OF SIMER & TETENS**

/s/ *Chelsea Tijerina*
Chelsea Tijerina
3706 Bellmead Drive
Waco, Texas 76705
(254) 412-2300
(888) 317-7610—Facsimile
E-mail: attorneychelsea@gmail.com
State Bar No. 24076733
**ATTORNEY FOR APPELLANT**

---

[8] TEX. R. APP. P. 10.5(b)(1)(D).
.

## CERTIFICATE OF SERVICE

A copy of this Motion was delivered to Mark Pratt, Hill County District Attorney's Office on October 19, 2015 by email.

 */s/ Chelsea Tijerina*
Chelsea Tijerina